1  Joseph R. Manning, Jr. (SBN 223381)
   ADAPracticeGroup@manninglawoffice.com
2  **MANNING LAW, APC**
   20062 SW Birch Street
3  Newport Beach, CA 92660
   Tel: 949.200.8755
4  Fax: 866.843.8308

5  *Attorneys for Plaintiff*

6  PERLA MAGENO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| PERLA MAGENO, an individual, | Case No.: 2:20-cv-05629-VAP-AGR |
|---|---|
| Plaintiff, | Hon. Virginia A. Phillips |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| CALIFORNIA CANNABIS GROUP, a California corporation; and DOES 1-10, inclusive | Complaint Filed: June 24, 2020
Trial Date: None |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Perla Mageno ("Plaintiff") requests that this Court enter a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, as to California Cannabis Group only. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : August 12, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Perla Mageno

## CERTIFICATE OF SERVICE

I certify that on August 12, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: August 12, 2020            **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr., Esq.*
          Joseph R. Manning, Jr., Esq.
          Attorney for Plaintiff,
          Perla Mageno